IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Victoria Green**, as Administrator for the Estate of Craigory Green, | No. 20 C 463 |
| Plaintiff, | Hon. Nancy J. Rosentengel District Judge |
| v. | |
| **Steve Meeks, et al.,** | Jury Trial Demanded |
| Defendants. | |

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Victoria Green**, as Administrator for the Estate of Craigory Green,<br><br>Plaintiff,<br><br>v.<br><br>**Steve Meeks et al.**,<br><br>Defendants. | No. 19 C 7089<br><br>Hon. Thomas M. Durkin, District Judge<br><br>Hon. Susan E. Cox, Magistrate Judge<br><br>**Plaintiff's First Set of Interrogatories to Individual Defendants** |

Plaintiff Victoria Green propounds the following Interrogatories under Federal Rule of Civil Procedure 33 upon Defendants Steve Meeks, Kim Hugo, Mohammed Siddiqui, Gail Walls, John Shepherd, Michael Moldenhauer, Vipin Shah, Erin Mears-Attig, Rashida Pollion, Mary Zimmer, and Barbara Winter, to be answered by each separately under oath and in writing within thirty days after service hereof.

## Definitions

Plaintiff hereby expressly incorporates the definitions set forth in her First Set of Requests for Production on All Defendants.

## Instructions

1. If you believe any part of any Interrogatory herein is objectionable, or if you are unable to answer any part of any Interrogatory, please state with specificity the basis for your objections or inability to answer.

2. Unless otherwise stated, the relevant time period for Plaintiff's discovery requests is the period beginning on January 1, 2011 through the present.

3. In the event that you claim a privilege regarding any of the information sought in Plaintiff's discovery requests, please state the privilege

1

claimed and provide sufficient information so that the claim of privilege may be evaluated and adjudicated.

## Interrogatories

1. Identify all Persons who you believe are likely to have discoverable information or knowledge of facts relevant to any party's claims or defenses and describe with particularity the nature and information each such person is believed to possess.

If this Interrogatory is answered by incorporating Documents that include any handwritten notations or names, please Identify each Person contained in the referenced Documents. In addition, please provide the identities of any additional Persons who are not listed in the Documents you reference, as well as any facts known to any witness relating to the claims or defenses in this action that are not reflected in the Documents. If you fail to do so, Plaintiff will assume that the witnesses and substance of their potential testimony are strictly limited to what is contained in the Documents you reference.

2. For any Document requested in Plaintiff's discovery requests that has been lost, discarded, or destroyed, please identify each such Document as completely as possible and state the approximate date it was lost, discarded, or destroyed; the circumstances and manner in which it was lost, discarded, or destroyed, including the identities of all Persons involved; the reasons for disposing of the Document; the Identity of any Person with knowledge of its contents; and the Identity of the last person known to have seen it. In answering this Interrogatory, please list all steps taken to discover documents that have been lost, discarded, or destroyed and the names of all Persons with knowledge of the steps taken.

3. Identify all Complaints (including any that are currently pending) that have ever been made against you, including but not limited to any and all lawsuits and grievances alleging that you or your office provided inadequate medical evaluation or care, inadequate access to medical evaluation or care, or violated the Constitution of the United States in discharging your or your office's responsibilities with respect to prisoners. For each such Complaint, please:

- identify the date the Complaint was filed;
- describe in detail the nature of the Complaint;
- provide a case number or other identifying number for the Complaint;
- describe how the Complaint was resolved, including any discipline imposed in connection with the Complaint.

4. State whether you have had any Communication with any Person (other than the attorney hired to represent you in this action) regarding Craigory Green or any of the allegations or events described in Plaintiff's Complaint. For each such Communication, please state:
- the date of the Communication;
- the identities of all parties involved in the Communication;
- the manner of the Communication; and
- a summary of the substance of the Communication.

If this Interrogatory is answered by incorporating Documents, please state under oath that all Communications responsive to this Interrogatory are contained in the Documents referenced.

5. Given the entirety of your personal knowledge of the policies, practices, and customs of Wexford and the IDOC, please state whether you or any other Person involved in any way in the medical evaluation or treatment of Craigory Green acted inconsistently with any of those policies, customs, or practices (including formal, informal, written, and unwritten). If you answer in the affirmative, please:

- identify every policy, custom, or practice that was violated;
- describe with particularity the circumstances and manner in which each policy, custom, or practice was violated; and
- state whether any discipline resulted from each violation.

6. Do you contend that Craigory Green received adequate medical care for his liver disease and related health problems while he was incarcerated? If so, please state the entire factual basis for that contention.

3

7. State with specificity every interaction that you had with Craigory Green at any point between January 1, 2011 and the present. For each instance, please describe:
- the date and time of the interaction;
- any other persons involved or present;
- any communications that you had with Craigory Green or with any other Persons during the interaction; and
- a summary of what occurred.

If you intend to answer by reference to Documents, please state under oath that the Documents contain all the information responsive to this Interrogatory.

8. Identify all your supervisors (all the way up the chain of command) at all times that you worked for either the IDOC or Wexford between January 1, 2011 and the present.

9. Do you contend that there was a policy, procedure, or practice in place at Wexford or the IDOC between January 1, 2011 and the present governing the provision or approval of organ transplant procedures for prisoners? If so, please describe that policy, procedure, or practice as you understand it with particularity. Please also identify every policymaker or policymakers who were responsible for or who had final policymaking authority over those policies and procedures between January 1, 2011 and the present. To be clear, this Interrogatory seeks the identity of any and all such policymakers with final or delegated policymaking authority.

10. Please identify and describe every instance (if any) between January 1, 2011 and the present in which the policymaker(s) identified in Interrogatory No. 8, above, undertook to review, investigate, analyze, uncover, prevent, or determine the prevalence of any deficiency, shortcoming, or other problem relating to any of the policies or procedures identified in Interrogatory No. 8. Please include what steps, if any, were taken in response to the information obtained through any such inquiry, investigation, review, or analysis, as well as the date such steps were taken.

11. Do you contend that another individual or entity other than yourself is responsible for ensuring that prisoners in IDOC custody receive adequate medical treatment, including organ transplant procedures? If so, state the entire

4

factual basis for that contention, and Identify every other individual and/or entity who you contend has the relevant responsibility.

                                                                    Respectfully submitted,

Dated: February 10, 2020                  /s/ John Hazinski
                                                                    *Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

    I, John Hazinski, an attorney, certify that I caused the foregoing document to be served upon all parties of record by electronic mail and U.S. Mail on February 10, 2020.

/s/ John Hazinski  
*Attorney for the Plaintiff*
