IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Victoria Green**, as Administrator for the Estate of Craigory Green, | No. 20 C 463 |
| Plaintiff, | Hon. Nancy J. Rosentengel District Judge |
| v. | |
| **Steve Meeks, et al.,** | Jury Trial Demanded |
| Defendants. | |

# Exhibit A

## Privilege Log for Wexford Health Sources, Inc.

**Victoria Green, as Administrator of the Estate of Craigory Green v. Steve Meeks, et al., ILSD 3:20-cv-00463-SPM**

**Privilege Log for Wexford Health Sources, Inc.**

| Doc. | Number of Pages | Document Description | Date(s) | Author | Recipient(s) | Subject |
|---|---|---|---|---|---|---|
| 1 | 2 | Mortality Review Worksheet. | October 29, 2018 | Mohammed Siddiqui, M.D. | None. | Confidential memorandum used in the course of internal quality control for the purpose of reducing morbidity or mortality. This is subject to privilege under the Illinois Medical Studies Act, 735 ILCS 5/8-2101, et seq., and the work product privilege. Fed. R. Civ. P. 26(b)(3). |
| 1 | 2 | Email conveying the attached Mortality Review Worksheet. | October 30, 2018 | Roderick Matticks, M.D., Wexford Regional Medical Director | (1) Elaine Gedman, Wexford Executive Vice President and Chief Administrative Officer; (2) Joseph Ebbitt, Wexford Director, Risk Management, HIPAA Compliance, and Legal Affairs; (3) Asten Pacellio, Legal Assistant, Risk Management; (4) Shannon Banks, Paralegal, Risk Management; (5) Brenda Gilligan, Risk Management Compliance Specialist and Paralegal; (6) Thomas Lehman, M.D., Corporate Medical Director (since deceased); (7) Neil Fisher, M.D., Utilization Management Physician. | Email conveying the Mortality Review Worksheet confidentially to legal staff and other staff involved in quality control within Wexford. This is subject to privilege under the Illinois Medical Studies Act, 735 ILCS 5/8-2101, et seq., and the work product privilege. Fed. R. Civ. P. 26(b)(3). |