IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| VICTORIA GREEN, as Administrator of the Estate of Craigory Green, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 20 C 0463 |
| STEVE MEEKS, et al., | ) ) | |
| Defendants. | ) | Hon. Stephen P. McGlynn |

**JOINT MOTION TO EXTEND DISCOVERY**

Plaintiff, Victoria Green, as Administrator of the Estate of Craigory Green, through her attorneys, Defendants Steve Meeks, Erin Mears-Attig, and Gail Walls, by their attorneys, and Defendants Wexford Health Sources, Inc., Mohammed Siddiqui, Michael Moldenhauer, Vipin Shah, and Mary Zimmer, by their attorneys, hereby jointly request that the Court extend the schedule to complete fact discovery in this case by 60 days, up to and including August 5, 2022, and to extend subsequent deadlines by a similar amount. In support of their motion, the parties state as follows:

1. Fact discovery in this case is currently set to close on June 3, 2022. *See* Dkt. 178.

2. The parties have been working diligently to complete fact discovery. Over the past several months the parties have completed deposing individual defendants and nearly completed deposing the necessary third parties in this case, have engaged in enforcement conversations with defendants on written discovery and document productions, and have briefed several discovery disputes that the parties have been unable to resolve without Court intervention. Plaintiff has filed two motions to compel (Dkts. 173; 184) on such disputes and defendants have filed responses (Dkts. 177; 185; 186).

3.  Despite the diligent efforts detailed above, a relatively brief extension of time is necessary to complete fact discovery in this case. The completion of certain items of fact discovery is dependent upon the outcome of the Rule 37 motions currently before the Court. This includes the completion of Plaintiff's Rule 30(b)(6) deposition of Wexford, as well as the completion of Plaintiff's responses to certain contention interrogatories served on Plaintiff by Wexford.

4.  Accordingly, to give the parties the necessary time to complete fact discovery, the parties request that the discovery deadlines be extended as follows:

    – Fact discovery deadline: August 5, 2022

    – Plaintiff's Rule 26(a)(2) disclosures: September 9, 2022

    – Defendants' Rule 26(a)(2) disclosures: October 21, 2022

    – Plaintiff's rebuttal Rule 26(a)(2) disclosures: November 11, 2022

    – Expert discovery deadline: December 7, 2022

    – Dispositive motions deadline: January 6, 2022

5.  No party will face prejudice from the granting of this motion. To the contrary, the parties have brought this motion jointly in recognition of the diligence pursued thus far but the need for additional time to complete discovery.

**WHEREFORE**, the parties respectfully request that fact discovery deadline in this case be extended by 60 days, up to and including August 5, 2022, and subsequent deadlines be extended by a similar amount.

Respectfully submitted,

/s/ Alison Bitterly_____
Alison Bitterly
Attorney for Plaintiff

2

Arthur Loevy
Jon Loevy
Sarah Grady
Steve Weil
Alison Bitterly
LOEVY & LOEVY
311 N. Aberdeen Street, Third Floor
Chicago, Illinois 60607

                                              /s/ Areda Johnson (*with consent*)
                                              Areda Johnson
                                              Attorney for the IDOC Defendants

Areda Johnson
Rachel Schwarzlose
OFFICE OF THE ILLINOIS ATTORNEY GENERAL
500 South Second St.
Springfield, Illinois 62701

                                              /s/ Ryan Wallis (*with consent*)
                                              Ryan Wallis
                                              Attorney for the Wexford Defendants

Timothy Dugan
Ryan Wallis
CASSIDAY SCHADE LLP
100 North Broadway
St. Louis, Missouri 63102

## CERTIFICATE OF SERVICE

      I, Alison Bitterly, an attorney, certify that on June 3, 2022, I caused the foregoing to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

      /s/ Alison Bitterly
      Alison Bitterly
      Attorney for Plaintiff