IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| VICTORIA GREEN, as Administrator Of the Estate of Craigory Green<br><br>Plaintiff,<br><br>vs.<br><br>STEVE MEEKS, et al.,<br><br>Defendants. | Case No. 20-cv-00463-SPM |

## NOTICE OF APPEARANCE

Now Come Kwame Raoul, Attorney General of the State of Illinois, by Kyrstin Beasley, Assistant Attorney General, State of Illinois, and hereby enters her appearance as counsel on behalf of the Defendants, STEVEN MEEKS, GAIL WALLS, and ERIN MEARS-ATTIG, in the above cause.

Respectfully submitted,

STEVEN MEEKS, GAIL WALLS, and ERIN MEARS-ATTIG,

Defendants,

KWAME RAOUL, Attorney General,
State of Illinois,

Attorney for Defendants,

By: *s/ Kyrstin B. Beasley*
Kyrstin B. Beasley #6323618
Assistant Attorney General
201 West Pointe Drive, Suite 7
Belleville, Illinois 62226
(618) 236-8788 Phone
(618) 236-8620 Fax
E-mail: Kyrstin.beasley@ilag.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| VICTORIA GREEN, as Administrator Of the Estate of Craigory Green  )<br><br>Plaintiff,  )<br><br>vs.  )<br><br>STEVE MEEKS, et al.,  )<br><br>Defendants.  ) | Case No. 20-cv-00463-SPM |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2023, I presented the foregoing Defendants' *Notice of Appearance* to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

Sarah Copeland Grady        sarah@kaplangrady.com
David Aaron Schmutzer       david@kaplangrady.com
Howard Kaplan               howard@kaplangrady.com

I further hereby certify that on the same date, I have mailed by United States Postal Service the document to the following non-registered participant:

None

Respectfully Submitted,

By:   *s/ Kyrstin B. Beasley*
        Kyrstin B. Beasley #6323618
        Assistant Attorney General
        201 West Pointe Drive, Suite 7
        Belleville, Illinois 62226
        (618) 236-8788 Phone
        (618) 236-8620 Fax
        E-mail: Kyrstin.beasley@ilag.gov